**COM.**

v.

**BARNES, T.**

**1918 MDA 2016**

Superior Court of Pennsylvania.

09/08/2017

CP–22–CR–0002483–2013 (Dauphin)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**MILLER, S.**

**2085 MDA 2016**

Superior Court of Pennsylvania.

09/08/2017

CP–38–CR–0002131–2015 (Lebanon)

Affirmed

**COM.**

v.

**SOTO, A.**

**445 MDA 2017**

Superior Court of Pennsylvania.

9/8/2017

CP–40–CR–0003997–2014, CP–40–CR–0004000–2014

(Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**BAKER, G.**

**1109 WDA 2015**

Superior Court of Pennsylvania.

09/08/2017

CP–04–CR–0000197–2010 (Beaver)

Affirmed

**COM.**

v.

**SHOWALTER, L.**

**1049 WDA 2016**

Superior Court of Pennsylvania.

09/08/2017

CP–05–CR–0000132–2013 (Bedford)

Affirmed